AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, Michael W. Buckner,
B.V. Hyler, and Steven F. Schaab as
Trustees of the United Mine Workers
of America 1974 Pension Plan

**SUMMONS IN A CIVIL CASE**

V.

M.S.B. Leasing, Inc.

Case: 1:07-cv-01850
Assigned To : Lamberth, Royce C.
Assign. Date : 10/15/2007
Description: Labor-ERISA

C

```
         WV Secretary of State
.........................................
Receipt #:                         695181
Station ID:                          M01

List Of Services
.........................................
sp s s  msb leasing               $20.00

Total:                            $20.00

Payment Details:
.........................................
one health
k  33182                          $20.00
.........................................

Original Transaction Date:   10/18/2007

      Thank You For Your Business!
```

and required to serve on PLAINTIFF'S ATTORNEY (name and address)

: General Counsel

u with this summons, within _____20_____ days after service
service. If you fail to do so, judgment by default will be taken against you for
that you serve on the parties to this action must be filed with the Clerk of this
ice.

OCT 15 2007

DATE

(By) DEPUTY CLERK

**RECEIVED**

NOV 5 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

    G  Served personally upon the defendant. Place where served: _____

---

**2. Article Number**

7160 3901 9845 0899 9091

**3. Service Type**  CERTIFIED MAIL

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

1:07-CV-01850
M.S.B. Leasing, Inc.
Jack Berry
397 Chapel Drive
Yawkey, WV 25573

PS Form 3811, January 2005    Domestic Return Receipt

---

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly) | B. Date of Delivery 10-26-07

C. Signature
X _(signed)_   ☐ Agent  ☒ Addressee

D. Is delivery address different from item 1? ☒ Yes  ☐ No
If YES, enter delivery address below:

808 Lee Ave
Madison, WV 25130

---

_____ _____
Date                  Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**OFFICE OF THE SECRETARY OF STATE**
STATE OF WEST VIRGINIA



**Betty Ireland**
Secretary of State

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

October 31, 2007

U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
ATT: ATTORNEY ADMISSIONS
333 CONSTITUTION AVENUE NW,
ROOM 1825
WASHINGTON, DC 20001

Civil Action: 1:07-CV-01850

I am enclosing:

| | | | |
|---|---|---|---|
| ___ | summons | _1_ | original |
| ___ | notice | ___ | affidavit |
| ___ | order | ___ | answer |
| ___ | petition | ___ | cross-claim |
| ___ | motion | ___ | counterclaim |
| ___ | interrogatories | ___ | request |
| ___ | suggestions | _1_ | certified return receipt |
| ___ | subpoena duces tecum | ___ | request for production |
| ___ | summons and complaint | ___ | request for admissions |
| ___ | summons returned from post office | ___ | no return from post office |
| ___ | summons and amended complaint | ___ | notice of mechanic's lien |
| ___ | 3rd party summons and complaint | ___ | suggestee execution |

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of M.S.B. Leasing, Inc..

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about these documents directly to the court or to the plantiff's attorney, shown in the enclosed paper. Please do not call the Secretary of State's office.*

Sincerely,

*Penney Barker*

Penney Barker, Manager
Business & Licensing Division