UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MICHAEL H. HOLLAND,** *et al.*, | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | Civil Action No. 07-1850 (RCL) |
| **M.S.B. LEASING, INC.** | ) ) ) | |
| **Defendant.** | ) ) | |

## ORDER

Since proof of service has been filed and defendant M.S.B. Leasing, Inc. has failed to respond, accordingly, it is hereby

ORDERED that within 10 days of the date of this order plaintiff shall cause default to be entered by the Clerk and apply for entry of judgment thereon, or show cause why a motion for default judgment has not been filed. Otherwise, the complaint will be dismissed without prejudice pursuant to Local Rule 83.23.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 8, 2008.