IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

                Plaintiffs,

       v.

M.S.B. LEASING, INC.

           Defendant.

Civil Action No. 1:07-cv-01850 (RCL)

## APPLICATION FOR ENTRY OF DEFAULT

I hereby certify, this 17th day of January, 2008, that I am co-counsel of record for the Plaintiffs in the above-entitled action; that Defendant M.S.B. Leasing, Inc. was served via certified mail pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure and Rule 4(c)(3) of the Superior Court of the District of Columbia on October 26, 2007, and that proof of service was filed with the Court on November 5, 2007 by Return of Service, a copy of which is attached as Exhibit A. I further certify that no formal appearance has been entered by Defendant M.S.B. Leasing, Inc.; that the time within which Defendant M.S.B. Leasing, Inc. may answer or otherwise respond to the Complaint has expired; that Defendant M.S.B. Leasing, Inc. has not filed pleadings in this matter and no pleadings have been served upon Plaintiffs' attorneys; and that this Court has jurisdiction over Defendant M.S.B. Leasing, Inc., and venue properly lies in this Court, pursuant to 29 U.S.C. §§ 1132 and 1451.

The Clerk is requested to enter a Default against Defendant M.S.B. Leasing, Inc..

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

/s/_____
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  (202) 521-2238

Attorney for Plaintiffs

Executed on January 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I served the foregoing Application for Entry of Default and proposed Default, via United States Mail, First Class, Postage Prepaid, to the following individuals:

> Jack Berry, President
> M.S.B. Leasing, Inc.
> 397 Chapel Drive
> Yawkey, WV  25573

/s/_____
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Michael H. Holland, Michael W. Buckner,
B.V. Hyler, and Steven F. Schaab as
Trustees of the United Mine Workers
of America 1974 Pension Plan

**SUMMONS IN A CIVIL CASE**

V.

M.S.B. Leasing, Inc.

Case: 1:07-cv-01850
Assigned To : Lamberth, Royce C.
Assign. Date : 10/15/2007
Description: Labor-ERISA

C

WV Secretary of State
```
........................................
Receipt #:                      69518
Station ID:                       N01
List Of Services
........................................
sp s  s  esb leasing          $20.00
Total                         $20.00

Payment Details:
........................................
usa health
k  33182                      $20.00
........................................
Original Transaction Date:   10/18/2007

     Thank You For Your Business!
```

and required to serve on PLAINTIFF'S ATTORNEY (name and address)

: General Counsel

u with this summons, within _____ 20 _____ days after service
service.  If you fail to do so, judgment by default will be taken against you for
that you serve on the parties to this action must be filed with the Clerk of this
ice.

**OCT 15 2007**

DATE

## RECEIVED

NOV 5 – 2007

(By) DEPUTY CLERK

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

G   Served personally upon the defendant.  Place where served: _____

_____

| 2   Article Number | COMPLETE THIS SECTION ON DELIVERY | and |
|---|---|---|
| (barcode) 7160 3901 9845 0899 9091 | A. Received by (Please Print Clearly)   B. Date of Delivery  $10\text{-}26\text{-}0\,7$  C. Signature   X _____   ☐ Agent  ☒ Addressee  D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:   ☐ No   $808$ Lee Ave  Madison, WV $25130$ | |
| 3   Service Type   CERTIFIED MAIL | | |
| 4   Restricted Delivery? *(Extra Fee)*   ☐ Yes | | |
| 1   Article Addressed to:  1:07-CV-01850  M.S.B. Leasing, Inc.  Jack Berry  397 Chapel Drive  Yawkey, WV  25573 | | L. |
| PS Form 3811, January 2005         Domestic Return Receipt | | ; information |

_____   _____
Date                                                      *Signature of Server*


_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

Case 1:07-cv-01850-RCL    Document 1-5    Filed 10/05/2007    Page 3 of 3

OFFICE OF THE SECRETARY OF STATE
STATE OF WEST VIRGINIA



**Betty Ireland**
Secretary of State

Building 1, Suite 157-K
1900 Kanawha Blvd., East
Charleston, West Virginia 25305
Telephone: 304-558-6000
Toll Free: 866-SOS-VOTE
www.wvsos.com

# LEGAL NOTICE

U.S. DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
ATT: ATTORNEY ADMISSIONS
333 CONSTITUTION AVENUE NW,
ROOM 1825
WASHINGTON , DC  20001

October 31, 2007

Civil Action: 1:07-CV-01850

I am enclosing:

| | | | |
|---|---|---|---|
| ____ | summons | __1__ | original |
| ____ | notice | ____ | affidavit |
| ____ | order | ____ | answer |
| ____ | petition | ____ | cross-claim |
| ____ | motion | ____ | counterclaim |
| ____ | interrogatories | ____ | request |
| ____ | suggestions | __1__ | certified return receipt |
| ____ | subpoena duces tecum | ____ | request for production |
| ____ | summons and complaint | ____ | request for admissions |
| ____ | summons returned from post office | ____ | no return from post office |
| ____ | summons and amended complaint | ____ | notice of mechanic's lien |
| ____ | 3rd party summons and complaint | ____ | suggestee execution |

which was served on the Secretary at the State Capitol in her capacity as your statutory attorney-in-fact.  According to law, I have accepted service of process in the name and on behalf of M.S.B. Leasing, Inc..

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact.  Please address any questions about these documents directly to the court or to the plantiff's attorney, shown in the enclosed paper.  Please do not call the Secretary of State's office.*

Sincerely,

*Penney Barker*

Penney Barker, Manager
Business & Licensing Division

CO-40
Rev. 10/76

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Michael H. Holland, et al.
_____
Plaintiff )

vs. )

M.S.B. Leasing, Inc. )
_____
Defendant )

Civil Action No. 1:07-CV-01850 (RCL)

## DEFAULT

It appearing that the above-named defendant (s) has (have) failed to plead or otherwise defend this action though duly served with summons and copy of complaint on the _____26th_____ day of ____October____, ____2007____, and an affidavit on behalf of the plaintiff (s) having been filed, it is this _____ day of _____, _____ declared that

__M.S.B. Leasing, Inc._____

defendant (s) herein is (are) in default.

Nancy M. Mayer-Whittington, Clerk

By _____
Deputy Clerk