IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

          Plaintiffs,

v.

M.S.B. LEASING, INC.

          Defendant.

Civil Action No. 1:07-CV-01850 (RCL)

## NOTICE OF ALTERNATE ADDRESS FOR DEFENDANT M.S.B. LEASING, INC.

Plaintiffs have found an alternate address for Defendant M.S.B. Leasing, Inc. and hereby request the Court to resend Default notice to the following address:

        Jack Berry, President
        M.S.B. Leasing, Inc.
        397 Chapel Drive
        Yawkey, WV  25203.

        Respectfully submitted,


/s/
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C.  20037
Telephone:  202-521-2238

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2008, I served the foregoing Notice of Alternate Address for Defendant via United States Mail, First Class, Postage Prepaid, to the following individuals:

> Jack Berry, President
> M.S.B. Leasing, Inc.
> 397 Chapel Drive
> Yawkey, WV  25203

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

197026979.doc