UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL H. HOLLAND,** *et al.*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1850 (RCL) |
| ) | |
| **M.S.B. LEASING, INC.** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Plaintiff shall re-serve motion [5] for default judgment as to M.S.B. Leasing, Inc., at the defendant's alternate address, 397 Chapel Drive, Yawkey, WV 25203.

If defendant still does not respond, the Court will grant judgment on the default.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, February 12, 2008.