IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>     Plaintiffs,<br>  v.<br><br>M.S.B. LEASING, INC.<br><br>     Defendant. | Civil Action No. 1:07-cv-01850 (RCL) |

**PLAINTIFFS' RESPONSE TO COURT ORDER
DATED FEBRUARY 12, 2008**

On February 12, 2008, the Court ordered Plaintiffs to re-serve their Motion for Default Judgment on Defendant M.S.B. Leasing, Inc. at the alternate address provided to the Court by Plaintiffs on February 12, 2008.

The Plaintiffs duly re-served the Motion for Default Judgment on February 12, 2008 at the alternate address. The Certificate of Service is attached hereto as Exhibit A. In addition, the Plaintiffs incorrectly re-filed a copy of the Motion for Default Judgment at the same time. The Plaintiffs respectfully request that the Court strike the incorrectly filed Motion for Default Judgment and grant judgment based on the originally filed Motion for Default Judgment which was served at the alternate address, via U.S. Mail, on January 17, 2008 and re-served at the same address, via U.S. Mail, on February 12, 2008.

Respectfully submitted,

/s/
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238

197027216.doc

2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 25, 2008, I served the foregoing Response via United States Mail, First Class, Postage Prepaid, to the following individuals:

        Jack Berry, President
        M.S.B. Leasing, Inc.
        397 Chapel Drive
        Yawkey, WV  255573

/s/
Christopher F. Clarke
Senior Assistant General Counsel
D.C. Bar No. 441708

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I served the foregoing Application for Entry of Default Judgment with supporting affidavits via United States Mail, First Class, Postage Prepaid, to the following individuals:

> Jack Berry, President
> M.S.B. Leasing, Inc.
> 397 Chapel Drive
> Yawkey, WV 25203

> /s/
> Christopher F. Clarke
> Senior Assistant General Counsel
> D.C. Bar No. 441708

4