IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHEAL W.
BUCKNER, B.V. HYLER and STEVEN F.
SCHAAB as Trustees of the UNITED MINE
WORKERS OF AMERICA 1974 PENSION
TRUST,

          Plaintiffs,

  v.

M.S.B. LEASING, INC.

          Defendant.

Civil Action No. 1:07-cv-01850 (RCL)

## NOTICE OF FILING

Plaintiffs, by counsel, hereby submit this Notice of Filing of the Proposed Order of Default Judgment which is attached herewith as Exhibit A.

Respectfully submitted,

/s/
CHRISTOPHER F. CLARKE
Senior Assistant General Counsel
D.C. Bar No. 441708

UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: 202-521-2238

Attorneys for Plaintiffs

197030478.doc

2

# CERTIFICATE OF SERVICE

      I hereby certify that on June 6, 2008, I served the foregoing Notice of Filing via United States Mail, First Class, Postage Prepaid, to the following individuals:

> Jack Berry, President
> MSB Leasing, Inc.
> 397 Chapel Drive
> Yawkey, WV  25203

> /s/
> Christopher F. Clarke
> Senior Assistant General Counsel
> D.C. Bar No. 441708

**<u>EXHIBIT A</u>**

IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>            Plaintiffs,<br>     v.<br><br>M.S.B. LEASING, INC.<br><br>            Defendant. | Civil Action No. 1:07-CV-01850 (RCL) |

## ORDER OF DEFAULT JUDGMENT

In this action, Defendant M.S.B. Leasing, Inc., a corporation, having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of Defendant M.S.B. Leasing, Inc. having been duly entered according to law; upon the application of Plaintiffs, and upon all papers filed herein and the evidence adduced thereby, judgment is hereby entered against Defendant M.S.B. Leasing, Inc. in accordance with the prayer of Complaint.

WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant M.S.B. Leasing, Inc.:

   (a)   withdrawal liability of                              $545,262.88;

   (b)   prejudgment interest calculated at

         at PBGC rates in accordance with

2

|   |   | the Affidavit of Dale R. Stover through June 6, 2008 of | $186,028.43; |
|---|---|---|---|
|   | (c) | liquidated damages equal to prejudgment interest through June 6, 2008 of | $186,028.43; |
|   | (d) | attorneys' fees and costs in accordance with the Affidavit of Christopher F. Clarke of | $     720.00; |

for a TOTAL JUDGMENT AMOUNT        $918,039.74;

and that the Plaintiffs have execution therefore against the Defendant, M.S.B. Leasing, Inc.

_____
UNITED STATES DISTRICT JUDGE

cc:   Christopher F. Clarke, Senior Assistant General Counsel
      UMWA Health and Retirement Funds
      Office of the General Counsel
      2121 K Street, N.W.
      Washington, D.C.  20037

      Jack Berry, President
      M.S.B. Leasing, Inc.
      397 Chapel Drive
      Yawkey, WV 25203

197026334.doc