IN THE U.S. DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, B.V. HYLER and STEVEN F. SCHAAB as Trustees of the UNITED MINE WORKERS OF AMERICA 1974 PENSION TRUST,<br>　　　　　　Plaintiffs,<br>　　v.<br><br>M.S.B. LEASING, INC.<br><br>　　　　　　Defendant. | Civil Action No. 1:07-CV-01850 (RCL) |

## ORDER OF DEFAULT JUDGMENT

In this action, Defendant M.S.B. Leasing, Inc., a corporation, having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, the legal time for pleading or otherwise defending having expired, and the default of Defendant M.S.B. Leasing, Inc. having been duly entered according to law; upon the application of Plaintiffs, and upon all papers filed herein and the evidence adduced thereby, judgment is hereby entered against Defendant M.S.B. Leasing, Inc. in accordance with the prayer of Complaint.

WHEREFORE, by virtue of 29 U.S.C. §§ 1132(g) and 1451(b) and by reason of the premises aforesaid,

It is ORDERED, ADJUDGED and DECREED that the Plaintiffs do have and recover from Defendant M.S.B. Leasing, Inc.:

(a)　withdrawal liability of　　　　　　　　　　$545,262.88;

(b)　prejudgment interest calculated at

　　　at PBGC rates in accordance with

       the Affidavit of Dale R. Stover

       through June 6, 2008 of                   $186,028.43;

(c)    liquidated damages equal to

       prejudgment interest through

       June 6, 2008 of                            $186,028.43;

(d)    attorneys' fees and costs in

       accordance with the Affidavit of

       Christopher F. Clarke of             $   720.00;

  for a TOTAL JUDGMENT AMOUNT           $918,039.74;

and that the Plaintiffs have execution therefore against the Defendant, M.S.B. Leasing, Inc.

June 16, 2008

                                  _____/s/_____
                                  Chief Judge Royce C. Lamberth